# Third District Court of Appeal

## State of Florida

Opinion filed December 23, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1284
Lower Tribunal No. 07-17556
_____

**Marhlau Belizaire,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Marhlau Belizaire, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.